UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

CASE NO.: CV 09-07715 SJO (Ctx)           DATE: December 17, 2009

TITLE: World Airways Inc v. Teu Product Company et al

==================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                   Not Present
Courtroom Clerk                                    Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):    COUNSEL PRESENT FOR DEFENDANT(S):

Not Present                                        Not Present

==================================================================
PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff is hereby ordered to show cause in writing by not later than **January 4, 2010** why this action should not be dismissed for lack of prosecution.

    The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Plaintiff's filing of a motion for entry of default judgment.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

    **IT IS SO ORDERED**.